# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1930
_____

WILLIAM GEORGE REDMOND III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Amy P. Brodersen, Judge.

April 13, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William George Redmond III, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.